IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TYRONE RAHMINGS,
 Plaintiff,

vs.              Case No. 5:10cv240/RS/MD

WARDEN D. ELLIS, et al.,
 Defendants.

---

## O R D E R

  This cause is before the court upon plaintiff filing a Motion for Court Ordered Assistance to Serve Interrogatories (doc. 1) and a Motion for Order Authorizing Deposition to Perpetuate Testimony (doc. 2). Plaintiff states he has not yet commenced a civil rights action under 42 U.S.C. § 1983 against the persons from whom he seeks discovery, because he "cannot presently bring it or cause it to be brought." (Doc. 2, p. 2). Nonetheless, he wants to start conducting discovery and seeks the court's assistance.

  Plaintiff is advised that until he files a complaint under § 1983, the complaint is served on the named defendants, and the court has ordered discovery, discovery is premature. Therefore, the court will deny plaintiff's motions at this time, but will provide him the opportunity to file a complaint. The complaint must be submitted on the court form. N.D. Fla. Loc. R. 5.1(J) (stating that the court will not accept for consideration a *pro se* complaint filed under § 1983 unless the appropriate complaint form is completed, signed and filed). In addition, plaintiff must either pay the $350.00 filing fee or apply for leave to proceed *in forma pauperis*. A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with attachments (a printout of the transactions in plaintiff's inmate trust account for the six-

month period immediately preceding the filing of the complaint). Plaintiff's case cannot proceed unless all these forms are submitted.

Accordingly, it is ORDERED:

1. Plaintiff's motions for assistance in conducting discovery (docs. 1, 2) are DENIED without prejudice as premature.

2. The clerk is directed to send plaintiff a § 1983 complaint form and a form application to proceed *in forma pauperis*. This case number shall be written on the forms.

3. Within **twenty-eight (28) days** from the date of this order, plaintiff shall file a complaint which shall be typed or clearly written, and submitted on the court form.

4. Within the same time period, plaintiff shall either submit payment in the amount of $350.00, or file a complete application to proceed *in forma pauperis*.

5. Plaintiff's failure to comply with this order as instructed will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 17th day of September, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**