IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TYRONE RAHMINGS,
    Plaintiff,

vs.                                Case No. 5:10cv240/RS/CJK

DAVID ELLIS, et al.,
    Defendants.

_____

## REPORT AND RECOMMENDATION

This civil rights case is before the court upon plaintiff's Notice of Voluntary Dismissal. (Doc. 17). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 1st day of April, 2011.

                                          /s/ *Charles J. Kahn, Jr.*
                                          CHARLES J. KAHN, JR.
                                          UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).