IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TYRONE RAHMINGS,

    Plaintiff,

vs.                            CASE NO. 5:10cv240/RS-CJK

DAVID ELLIS, et al,

    Defendants.

_____/

## ORDER

Before me are the Plaintiff's Notice of Voluntary Dismissal (Doc. 17) and the Magistrate Judge's Report and Recommendation (Doc. 18).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

**ORDERED** on May 4, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**